United States District Court
Southern District of Texas
**ENTERED**
July 08, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| K.F., | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:24-cv-00344 |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

On December 2, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 4. Judge Edison filed a memorandum and recommendation on June 23, 2025, recommending that the Commissioner's decision be reversed and this matter remanded to the Commissioner for further proceedings. Dkt. 13.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 13) is approved and adopted in its entirety as the holding of the court; and

(2) the Commissioner's decision is reversed; and

(3)     this matter is remanded to the Commissioner for further proceedings consistent with the court's opinion.

SIGNED on Galveston Island this <u>8th</u> day of July 2025.

                                          JEFFREY VINCENT BROWN
                                          UNITED STATES DISTRICT JUDGE